```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 15-04865-JJT
Eleanora Briggman                                           Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: AGarner              Page 1 of 1              Date Rcvd: Jun 01, 2017
                              Form ID: ordsmiss          Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2017.
```
db           +Eleanora Briggman,    117 Hickory Road,    Milford, PA 18337-5041
4722973      +Landmark Asset Receivables Management,    7340 S. Kyrene Rd.,    Recovery Dept. T120,
               Tempe, AZ 85283-4573
4762835      +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,
               3232 Newmark Drive,    Attn: Bankruptcy Department,    Miamisburg, OH 45342-5421
4720625      +PNC Mortgage,    P. O. Box 533510,    Atlanta, GA 30353-3510
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4723331       EDI: AIS.COM Jun 01 2017 18:58:00      American InfoSource LP as agent for,
               T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
4732516      +EDI: AISACG.COM Jun 01 2017 18:58:00      Capital One Auto Finance,
               c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
4738127       EDI: CAPITALONE.COM Jun 01 2017 18:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
4760391       EDI: JEFFERSONCAP.COM Jun 01 2017 18:59:00      Jefferson Capital Systems LLC,    Po Box 7999,
               Saint Cloud Mn 56302-9617
4732969       EDI: WFFC.COM Jun 01 2017 18:58:00      Wells Fargo Bank N. A.,    PO Box 10438,
               Des Moines, Ia 50306-0438
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
4758539*     +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
4720624     ##+Dannie Higgs,    117 Hickory Street,    Milford, PA 18337-5041
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2017 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David S. Gellert    on behalf of Debtor Eleanora  Briggman dsgatn@rcn.com,
               r46641@notify.bestcase.com
              John F Goryl    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Eleanora Briggman<br>aka Eleanora Briggman Gallman, aka Eleanora Gallman<br>**Debtor(s)** | Chapter 13<br>Case No. 5:15−bk−04865−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: June 1, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AGarner, Deputy Clerk